**Samuel HERNANDEZ, Petitioner**

v.

**RAILROAD RETIREMENT BOARD, Respondent.**

No. 12–2935.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 17, 2013.

Filed: May 29, 2013.

Samuel Hernandez, Springfield, MO, pro se.

Steven A. Bartholow, General Counsel, Daniel Joseph Bartnicki, Attorney General, U.S. Railroad Retirement Board, Chicago, IL, for Respondent.

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

PER CURIAM.

Samuel Hernandez petitions for review of the Railroad Retirement Board's (Board's) final decision adopting a hearings officer's determination that Hernandez is not entitled to a waiver of recovery of disability-annuity overpayments and is subject to a penalty for not timely reporting earnings over the allowable amount. Hernandez offers no valid basis for overturning the Board's decision; and upon careful review of the relevant record, we conclude that the Board's decision is supported by substantial evidence, is not arbitrary, and has a reasonable basis in the law, *see Worms v. R.R. Ret. Bd.*, 255 F.3d 502, 505 (8th Cir.2001). Accordingly, the Board is affirmed. *See* 8th Cir. R. 47B.